Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00833-CV

The **STATE** of Texas,
Appellant

v.

Jorge Luis **LEAL**, as Principal and Dave Jones, d/b/a Chachi's Bail Bonds, as Surety,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-06-205
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  April 13, 2011

DISMISSED FOR WANT OF JURISDICTION

The State of Texas appeals the trial court's dismissal of its bond forfeiture case against the defendant-principal, Jorge Luis Leal, and surety, Dave Jones d/b/a Chachi's Bail Bonds (collectively "Jones"). Jones has filed a motion to dismiss the State's appeal for want of jurisdiction, alleging the State is not permitted to directly appeal the trial court's bond forfeiture judgment. We grant Jones's motion and dismiss the appeal for want of jurisdiction.

We are aware of no legislative authorization contained within the Texas Code of Criminal Procedure or elsewhere that would authorize the State to take a direct appeal from the trial court's judgment in this bond forfeiture proceeding.  *See State v. Sellers*, 790 S.W.2d 316, 319, 321 (Tex. Crim. App. 1990) (concluding the court of appeals properly dismissed the State's direct appeal in a bond forfeiture case where there was no provision in law authorizing the State's appeal); *see also State v. Green*, 287 S.W.3d 782, 784 (Tex. App.—Amarillo 2009, no pet.).  Nor has the State identified any authority in its response to Jones's motion to dismiss that authorizes a direct appeal under the circumstances presented.  Jones's motion to dismiss is therefore granted, and we dismiss the State's appeal for want of jurisdiction.

PER CURIAM